**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SEME,<br><br>          Plaintiff,<br><br>     v.<br><br>JUDGE JOHN D. MOLLOY,<br><br>          Defendant. | Case No. ED CV 25-02375 VBF (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Complaint, Defendant's Motion to Dismiss, Plaintiff's Opposition, the Amended Report and Recommendation of United States Magistrate Judge ("AR&R"); Plaintiff's Objections to the Amended Report, and all other files herein.  The Court has engaged in a *de novo* review of those portions of the AR&R to which Plaintiff has objected.

The Court OVERRULES Plaintiff's objections and adopts the AR&R.

Accordingly, IT IS ORDERED that this action is DISMISSED with prejudice.

Date:  February 22, 2026

_____

THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge