JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Case No. ED CV 25-02375 VBF (RAO)

JAMES SEME,

                    Plaintiff,                    **JUDGMENT**

          v.

JUDGE JOHN D. MOLLOY,

                    Defendant.

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: February 22, 2026

_Valerie Baker Fairbank_
_____

The Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge